NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR GARCIA-CUEVAS,<br><br>Defendant. | Case No.: 2:19-cr-00019-MMD-NJK<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 26), and Defendant's Reply**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Julio Cesar Garcia-Cuevas, that the government's response to defendant's motion to dismiss (ECF No. 26) currently due on Friday, July 5, 2019, be vacated and continued to July 23, 2019, with defendant's corresponding reply due on July 30, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel continues to need additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. Government counsel has requested a copy of records from the defendant's Immigration Court proceeding, and understands that it may be received within approximately three weeks of today's date. These records may be dispositive of the current motion.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the first request for continuance of the government response to defendant's motion to dismiss.

DATED this 1st day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By /s/ *Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CESAR GARCIA-CUEVAS,

    Defendant.

Case No.:2: 19-cr-00019-MMD-NJK

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 26) currently due on Friday, July 5, 2019, be vacated and continued to July 23, 2019, with defendant's corresponding reply due on July 30, 2019.

DATED this 8th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE