1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JARED L. GRIMMER
3  Assistant United States Attorney
   District of Nevada
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
   (702) 388-6336
5  jared.l.grimmer@usdoj.gov
   *Attorneys for the United States*

6

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,

10          Plaintiff,                    Case No.: 2:19-cr-00019-MMD-NJK

11     v.                                 **Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 26), and Defendant's Reply**

12  JULIO CESAR GARCIA-CUEVAS,

13          Defendant.                    **(Second Request)**

14

15      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

16  Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States

17  Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public

18  Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Julio Cesar

19  Garcia-Cuevas, that the government's response to defendant's motion to dismiss (ECF No.

20  26) currently due on Tuesday, July 23, 2019, be vacated and continued to July 31, 2019,

21  with defendant's corresponding reply due on August 7, 2019.

22      This Stipulation is entered into for the following reasons:

23      1.    Government counsel continues to need additional time to properly respond

24  to defendant's motion, to include researching the issues raised by the defendant.

2. Government counsel has requested a copy of records from the defendant's Immigration Court proceeding, and has not yet received these records. These records may be dispositive of the current motion.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the second request for continuance of the government response to defendant's motion to dismiss.

DATED this 22nd day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By /s/ *Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JULIO CESAR GARCIA-CUEVAS,<br><br>　　　　Defendant. | Case No.:2:19-cr-00019-MMD-NJK |

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 26) currently due on Tuesday, July 23 2019, be vacated and continued to July 31, 2019, with defendant's corresponding reply due on August 7, 2019.

DATED this __22nd__ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE